IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| ALONZO E. BROADHEAD, )<br>    )<br>    Plaintiff, )<br>    )<br>v. )<br>    )<br>STEVEN CANTY, et al., )<br>    )<br>    Defendants. ) | CIVIL ACTION NO.<br>2:10cv808-MHT<br>(WO) |

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a state inmate, filed this lawsuit claiming actions taken against him, including disciplinaries, a search, and abusive language, violated federal law.  This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that defendants' motion for summary judgment should be granted.  There are no objections to the recommendation.  After an independent and de novo review of the record, the court concludes

that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 23rd day of September, 2013.


    /s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**